IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 4:23-cr-00680 |
| | ) | |
| vs. | ) | 18 U.S.C. §2252A(a)(5)(B) |
| | ) | 18 U.S.C. §2252A(b)(2) |
| | ) | |
| **LAINE ORMAND CLARK, JR.** | ) | **INFORMATION** |

COUNT ONE
(Possession of Child Pornography)

THE GRAND JURY CHARGES:

That on or about March 8, 2018, in the District of South Carolina, the defendant, **LAINE ORMAND CLARK, JR.**, knowingly did possess materials that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *Lauren L. Hummel*
Lauren L. Hummel (#12523)
Assistant U.S. Attorney
401 West Evans Street, Suite 222
Florence, South Carolina 29501
Tel.:   (843) 665-6688
Fax:   (843) 678-8809
Email: Lauren.Hummel@usdoj.gov